UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

City of Duluth,                                          Civil No. 09-2668 SRN/LIB

        Plaintiff,

vs.                                                                          ORDER

Fond du Lac Band of Lake
Superior Chippewa,

        Defendant.

_____

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    The City's Motion to Compel Arbitration [Docket No. 165] is GRANTED;

2.    A third arbitrator must be selected on or before May 18, 2011.

3.    This case is **STAYED** pending arbitration.

DATED: May 13, 2011                                s/ Susan Richard Nelson
                                                                                     Susan Richard Nelson
                                                                                      United States District Court Judge