## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| City of Duluth, | ) | **Civil No. 09-2668 SRN/LIB** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Fond du Lac Band of Lake Superior Chippewa, | ) ) | |
| | ) | |
| Defendant. | ) | |

In light of the recent order entered by the U.S. Court of Appeals for the Eighth Circuit on January 31, 2012, denying the City of Duluth's motion to dismiss the appeals for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the trial scheduled in this matter for March 28, 2012 is now cancelled.


Dated: February 8, 2012         s/Susan Richard Nelson
                                SUSAN RICHARD NELSON
                                United States District Judge